UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
THE NEW YORK TIMES COMPANY and
SCOTT SHANE,

                Plaintiffs,          No. 15 Civ. 4829 (RA)

            -against-

FEDERAL BUREAU OF INVESTIGATION

                Defendant.
---------------------------------------------------------------x

## PLAINTIFFS' NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Cross-Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment; the Declaration of Scott Shane, dated November 6, 2015, and the attachments thereto; and all other prior papers and proceedings in this action, Plaintiffs shall move this Court at a date to be determined by the Court for a order (i) granting their motion for summary judgment; (ii) requiring the Government to make public the challenged withheld documents requested pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, within 20 days; (iii) awarding Plaintiffs the costs of this proceeding, including reasonable attorney's fees, as expressly permitted by 5 U.S.C. § 552(a)(4)(E); and (iv) granting such other and further relief as the Court deems just and proper.

Dated: New York, NY
November 6, 2015

                                          Respectfully submitted,
/s/ David E. McCraw
David E. McCraw, Esq.
Jeremy A. Kutner, Esq.
The New York Times Company
Legal Department
620 Eighth Avenue
New York, NY 10018
Phone: (212) 556-4031
Facsimile: (212) 556-1009
Email: mccraw@nytimes.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I, David E. McCraw, counsel for Plaintiffs, hereby certify that on November 6, 2015, I caused a copy of the (1) Notice of Motion; (2) Memorandum of Law in Support of Plaintiffs' Cross-Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment; and (3) Declaration of Scott Shane, dated November 6, 2015, and accompanying exhibits, to be served by ECF and E-mail upon the following:

    Arastu K. Chaudhury, Esq.
    Caleb Hayes-Deats, Esq.
    United States Attorney's Office
    Southern District of New York
    86 Chambers Street, Third Floor
    New York, NY 10007
    Email: arastu.chaudhury@usdoj.gov, caleb.hayes-deats@usdoj.gov
    Attorneys for Defendant

Dated:  New York, New York
          November 6, 2015

                                            /s/ David E. McCraw
                                            DAVID E. MCCRAW
                                            Attorney for Defendant