**The New York Times Company**

**David McCraw**
Vice President and
Deputy General Counsel

620 Eighth Avenue
New York, NY 10018

tel 212.556-4031
fax 212.556-4634
mccraw@nytimes.com

November 20, 2017

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *The New York Times Company v. FBI*, No. 15 Civ. 4829 (RA)

Dear Judge Abrams:

I represent Plaintiffs The New York Times Company and Scott Shane (jointly, "The Times") in the above-captioned Freedom of Information Act ("FOIA") case. I write on behalf of both the Plaintiffs and the Defendant, the Federal Bureau of Investigation. Now that the action has concluded, The Times is seeking attorneys' fees under 5 U.S.C. § 552(a)(4)(E), FOIA's provision for fees for a prevailing party. Counsel for both parties are working to resolve the fee matter through settlement discussions but in the event we are unable to resolve the issue, we respectfully request that the Court order the following motion schedule:

| | |
|---|---|
| Plaintiffs' motion: | December 15, 2017 |
| Defendant's opposition: | January 16, 2018 |
| Plaintiffs' reply: | January 23, 2018 |

#61343

We thank the Court for its consideration.

Respectfully submitted,

David E. McCraw

cc:  Caleb Hayes-Deats, AUSA (by ecf)

#61343